THE PEOPLE OF THE STATE OF NEW YORK ex rel. POST & McCORD, INCORPORATED, Appellant, *v.* JACOB A. CANTOR et al., Constituting the Board of Taxes and Assessments of the City of New York, Respondents.

*Tax — corporation principally engaged in building not a manufacturing or mercantile corporation within meaning of article* 9a *of the Tax Law.*

*People ex rel. Post & McCord, Inc.,* v. *Cantor,* 194 App. Div. 961, affirmed.

(Argued April 20, 1921; decided May 10, 1921.)

· APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1920, which unanimously affirmed an order of Special Term dismissing a writ of certiorari and confirming an assessment on the capital stock of the relator. It sought to have this assessment vacated on the ground that it is a manufacturing or mercantile corporation and that by virtue of the provisions of chapter 726 of the Laws of 1917 it is required to pay a tax of three per cent on its net income and is exempt from any tax on its personal property or capital. The Special Term held that relator was principally engaged in the " business of performing building or erection contracts " and that consequently it was not entitled to the exemption claimed.

*Jabish Holmes* for appellant.

*Charles D. Newton, Attorney-General* (*Claude T. Dawes* of counsel), for State Tax Commission.

*John P. O'Brien, Corporation Counsel* (*William H. King* and *Max Salmon* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.